UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.P., and F.R., individually and on behalf of N-E.P.,

               Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2020

1:20-cv-01362 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court held a Post-Discovery Conference in this case on October 21, 2020. This Order memorializes the Court's rulings at the conference.

IT IS HEREBY ORDERED that on or before October 23, 2020 at 4:00PM, Defendant must re-send to Plaintiffs' counsel (both Ms. Spencer Walsh and Mr. Walz) Defendant's requests for documents concerning the 2019-2020 school year, as described in the Parties' joint letter [ECF #20]. Plaintiffs' counsel must respond to Defendant's email by October 30, 2020.

IT IS FURTHER ORDERED that on or before November 4, 2020, the Parties must file on ECF a joint status letter concerning the Parties' attempts to resolve this case.

SO ORDERED

Dated: October 21, 2020
      New York, New York

                                                _____
                                                MARY KAY VYSKOCIL
                                                United States District Judge