UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2020
```

A.P., and F.R., individually and on behalf of N-E.P.,

          Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

          Defendant.

1:20-cv-01362 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    By separate order today, the Court is referring the Parties to Magistrate Judge Robert W. Lehrburger for a settlement conference. Within three days following settlement conference, the Parties should submit a joint letter to the Court indicating whether the conference was successful and whether discussions remain ongoing. If the settlement conference is unsuccessful, at that time, the Court will set a schedule for briefing Plaintiffs' anticipated motion.

SO ORDERED

Dated: November 6, 2020
      New York, New York

                                                    _____
                                                    MARY KAY VYSKOCIL
                                                    United States District Judge